UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EVERETT PELLUM,<br><br>    Plaintiff,<br><br>  v.<br><br>FRESNO COUNTY CHILD PROTECTIVE SERVICES, et al.,<br><br>    Defendants. | 1:09-cv-00494-OWW-SMS<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WITHIN TWENTY DAYS OF SERVICE OF THIS ORDER WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE AN AMENDED COMPLAINT AND FAILURE TO COMPLY WITH AN ORDER OF THE COURT (DOC. 3)<br><br>DIRECTIONS TO THE CLERK REGARDING SERVICE OF THIS ORDER |

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On April 13, 2009, the Court granted Plaintiff's application to proceed in forma pauperis and screened Plaintiff's original complaint, filed on March 17, 2009. The Court granted Plaintiff leave to file a first amended complaint within thirty days of the date of service of the order. The order was served by mail on Plaintiff at the address listed on the docket, namely, 241 W. Whitesbridge, Fresno, California 93706.

1

Over thirty days have passed since service of the order, but Plaintiff has not filed a first amended complaint or sought an extension of time within which to do so.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

Accordingly, it is HEREBY ORDERED that:

1. Within twenty (20) days of the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to file a timely amended complaint and to obey the Court's order; Plaintiff shall show cause in writing because the Court has determined that no hearing is necessary; if Plaintiff has any reasons why this action should not be dismissed, Plaintiff shall submit them by sworn declaration of facts which shall include (A) an explanation of the lack of activity in this case, and (B) a list each specific step Plaintiff plans to take to prosecute this case, to which Plaintiff may append a supporting memorandum of law; and

2. Plaintiff is informed that the failure to respond to this order will result in a recommendation that the action be dismissed; and

3. The Clerk of the Court IS DIRECTED to serve this order not only on the address listed on the docket, namely, 241 W. Whitesbridge, Fresno, CA 93706, but also on a second address that
/////
///////

1 was listed on the civil cover sheet, namely, 241 E. Lemon, Apt.
2 B, Fresno, CA 93706.

IT IS SO ORDERED.

**Dated:   May 21, 2009**                          /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE